PER CURIAM.
Affirmed. Stunson v. State, 228 So.2d 294 (Fla. 3rd D.C.A. 1969); Bass v. State, 232 So.2d 25 (Fla. 1st D.C.A. 1970); Dempsey v. State, 238 So.2d 446 (Fla. 3rd D.C.A. 1970); McCoy v. State, 277 So.2d 845 (Fla. 2d D.C.A. 1973); State v. Nixon, 295 So.2d 121 (Fla. 3rd D.C.A. 1974); Warren v. State, 332 So.2d 361 (Fla. 3rd D.C.A. 1976); Austin v. State, 336 So.2d 480 (Fla. 3rd D.C.A. 1976); Sowell v. State, 342 So.2d 969 (Fla. 1977); Oregon v. Mathiason, 429 U.S. 492, 97 S.Ct. 711, 50 L.Ed.2d 714 (1977); Sections 59.041, 924.33, Florida Statutes (1975).